| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Theresa M. Rayford** | Social Security number or ITIN  **xxx–xx–0470** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter  **13**  **8/21/19** |
| Case number: | **19–23590** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                              12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Theresa M. Rayford | |
| 2. | **All other names used in the last 8 years** | aka Theresa Michele Rayford | |
| 3. | **Address** | 4658 W West End Ave<br>Chicago, IL 60644 | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520–8100<br>Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603 | Contact phone 312 294–5900 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 8/22/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 18, 2019 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**55 East Monroe, Suite 3850, Chicago, IL 60603** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/18/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/30/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/18/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/21/19** at **10:30 AM** , Location: **219 South Dearborn, Courtroom 680, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 19-23590-JPC
Theresa M. Rayford                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccorona1              Page 1 of 3                Date Rcvd: Aug 22, 2019
                              Form ID: 309I               Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
db             +Theresa M. Rayford,    4658 W West End Ave,    Chicago, IL 60644-2759
28127697       +Acs/bank Of America,    501 Bleecker St,    Utica, NY 13501-2401
28127703       +Atg Credit,   1700 W Cortland St Ste 2,     Chicago, IL 60622-1131
28127704       +Bridgecrest Credit Co.,    7300 E Hampton Ave,    Mesa, AZ 85209-3324
28127738      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Mabt/Contfin,     PO Box 8099,    Newark, DE 19714)
28127719      ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
                (address filed with court: Creditors Bankruptcy Service,     PO Box 800849,    Dallas, TX 75380)
28127709       +City of Berwyn,    6700 26th St.,   Berwyn, IL 60402-0701
28127710       +City of Chicago,    Dept. of Revenue,   PO Box 88292,     Chicago, IL 60680-1292
28127711       +City of Chicago Parking,    Department of Finance,    P. O. Box 6330,    Chicago, IL 60680-6330
28127712        City of Chicago Red Light Camera,    PO Box 8073,    Chicago, IL 60680-8073
28127713       +City of Chicago, Water,    Dept of Water Management,    PO Box 6330,    Chicago, IL 60680-6330
28127714       +Cmre. 877-572-7555,    3075 E Imperial Hwy Ste,    Brea, CA 92821-6733
28127715        Commonwealth Edison-Care Center,    Bankruptcy Department,    PO Box 6113,
                 Carol Stream, IL 60197-6113
28127716       +Continental Finance Company,    4550 New Linden Hill Rd,    Suite 400,
                 Wilmington, DE 19808-2952
28127723       +Esurance Auto Insurance,    26 W Belvidere Road #3,    Hainesville, IL 60030-4138
28127724       +Fed Loan Serv,    Po Box 60610,   Harrisburg, PA 17106-0610
28127727       +First Credit Corporation,    PO Box 9300,   Boulder, CO 80301-9300
28127737       +Linebarger Goggan Blair & Sampson,    Attorneys at Law,    PO Box 06152,    Chicago, IL 60606-0152
28127741       +Metropolitan Advanced Radiolog,    3249 Oak Park Ave,    Berwyn, IL 60402-3429
28127746       +Peoples Gas,   Bankruptcy Department,    200 E. Randolph Street,    Chicago, IL 60601-6302
28127749       +Prestige Financial Svc,    351 W Opportunity Way,    Draper, UT 84020-1399
28127753        Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
28127752       +Secretary of State d16381368683,    Safety & Financial Responsibility,
                 2701 South Dirksen Parkway,    Springfield, IL 62723-1000
28127754       +Snchnfin,   2 Transam Plaza Dr,    Oak Brook Terrace, IL 60181-4823
28127755       +State Bank Of Texas,    1201 West Harrison,    Chicago, IL 60607-1531
28127756       +State Bank of Texas,    2615 W Devon Ave,   Chicago, IL 60659-1803
28127757       +Stoneberry Catalogue,    800 Southwest 39th St.,    P.O. Box 9004,    Renton, WA 98057-9004
28127765      ++TEMPOE  LLC DBA WHY NOT LEASE IT,    ATTN BOB HOLWADEL,    720 EAST PETE ROSE WAY SUITE 400,
                 CINCINNATI OH 45202-3576
                (address filed with court: Why Not Lease It,     1750 Elm Street,    Suite 1200,
                 Manchester, NH 03104)
28127758        Tempoe Financial, Inc.,    8524 5th Street,    Frisco, TX 75034-5015
28127759       +Torch Legal,   820 E Terra Cotta Ave,    Suite 207,    Crystal Lake, IL 60014-3646
28127761        US Department of Education,    PO Box 69184,    Harrisburg, PA 17106-9184
28127762       +US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
28127763       +Village of Berwyn,    6700 26th Street,   Berwyn, IL 60402-2500
28127764        West Suburban Medical Center,    Department 4658,    Carol Stream, IL 60122-4658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: davidsiegelbk@gmail.com Aug 23 2019 02:20:52      David M Siegel,
                 David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr             +E-mail/Text: bncnotice@tomvaughntrustee.com Aug 23 2019 02:22:59      Tom Vaughn,
                 55 E. Monroe Street, Suite 3850,    Chicago, IL 60603-5764
ust             E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Aug 23 2019 02:22:00      Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                 Chicago, IL 60604-2027
28127701       +EDI: CINGMIDLAND.COM Aug 23 2019 07:24:00      AT&T,    Bankruptcy Department,
                 5407 Andrew Highway,    Midland, TX 79706-2851
28127702       +EDI: CINGMIDLAND.COM Aug 23 2019 07:24:00      AT&T Mobility,    Attn: Bankruptcy Department,
                 1801 Valley View,    Farmers Branch, TX 75234-8906
28127698       +EDI: CBSAMERIMARK Aug 23 2019 07:27:00      Amerimark Premier,    Bankruptcy Dept.,
                 1515 S. 21st Street,    Clinton, IA 52732-6676
28127699       +EDI: PHINHARRIS Aug 23 2019 07:23:00      Arnold Scott Harris, P.C.,
                 111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
28127700       +EDI: CBS7AVE Aug 23 2019 07:25:00      Ashro Lifestyle,    c/o Creditors Bankruptcy Service,
                 PO Box 740933,    Dallas, TX 75374-0933
28127705        EDI: CAPITALONE.COM Aug 23 2019 07:26:00      Cap One,    15000 Capital One Dr,
                 Richmond, VA 23238
28127707        EDI: CAPITALONE.COM Aug 23 2019 07:26:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
28127706       +EDI: CAPITALONE.COM Aug 23 2019 07:26:00      Cap One,    10700 Capital One Way,
                 Richmond, VA 23060-9243
28127708       +E-mail/Text: civil.circuitclerk@dupageco.org Aug 23 2019 02:21:25      Chris Kachiroubas,
                 DuPage Judicial Center,    505 N. County Farm Road,    Wheaton, IL 60187-2518
28127717       +EDI: CCS.COM Aug 23 2019 07:24:00      Credit Control Service,    725 Canton St,
                 Norwood, MA 02062-2679
28127718       +EDI: RCSFNBMARIN.COM Aug 23 2019 07:25:00      Credit One,    Bankrupcty Department,
                 PO Box 98873,    Las Vegas, NV 89193-8873

```
District/off: 0752-1           User: ccorona1              Page 2 of 3                   Date Rcvd: Aug 22, 2019
                               Form ID: 309I               Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
28127720       +E-mail/Text: bankruptcy@kornerstonecredit.com Aug 23 2019 02:22:44      Crest Financial,
                 61 West 13490 South,    South Draper, UT 84020-7209
28127722       +E-mail/Text: bknotice@ercbpo.com Aug 23 2019 02:22:18      ERC,    8014 Bayberry Road,
                 Jacksonville, FL 32256-7412
28127721        EDI: ECMC.COM Aug 23 2019 07:23:00      Educational Credit Management Corp,    PO Box 16408,
                 Saint Paul, MN 55116-0408
28127726        EDI: BLUESTEM Aug 23 2019 07:27:00      FINGERHUT/WEBBANK,    6250 Ridgewood Rd.,
                 Saint Cloud, MN 56303-0820
28127725        EDI: BLUESTEM Aug 23 2019 07:27:00      Fingerhut,    PO Box 1250,    Saint Cloud, MN 56395-1250
28127728        EDI: AMINFOFP.COM Aug 23 2019 07:25:00      First Premier,    3820 N. Louise Ave.,
                 Sioux Falls, SD 57107-0145
28127730       +EDI: AMINFOFP.COM Aug 23 2019 07:25:00      First Premier Bank,    3820 N. Louise Ave.,
                 Sioux Falls, SD 57107-0145
28127729       +EDI: AMINFOFP.COM Aug 23 2019 07:25:00      First Premier Bank,    Bankruptcy Department,
                 PO Box 5523,   Sioux Falls, SD 57117-5523
28127731        E-mail/Text: bankruptcy@glsllc.com Aug 23 2019 02:21:08      Global Lending Services,
                 3399 PEACHTREE RD NE,    Suite 400,   Atlanta, GA 30326-2825
28127732        E-mail/Text: rev.bankruptcy@illinois.gov Aug 23 2019 02:22:03
                 Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
28127733        E-mail/Text: rev.bankruptcy@illinois.gov Aug 23 2019 02:22:04
                 Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W. Randolph St.,
                 Chicago, IL 60601
28127734        EDI: IRS.COM Aug 23 2019 07:26:00      IRS,    Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
28127735        EDI: JEFFERSONCAP.COM Aug 23 2019 07:23:00      Jeffersncp (Jefferson Capital Syste,
                 16 McLeland Rd.,    Saint Cloud, MN 56303
28127736        EDI: JEFFERSONCAP.COM Aug 23 2019 07:23:00      Jefferson Capital,    P.O. Box 7999,
                 Saint Cloud, MN 56302-9617
28127740       +EDI: CBSMASON Aug 23 2019 07:23:00      Mason,    P.O. Box 2808,    Monroe, WI 53566-8008
28127742        EDI: CBS7AVE Aug 23 2019 07:25:00      Midnight Velvet,    1112 7th Ave.,    Monroe, WI 53566-1364
28127743       +EDI: CBS7AVE Aug 23 2019 07:25:00      Midnight Velvet,    Creditors Bankruptcy Service,
                 PO Box 740933,    Dallas, TX 75374-0933
28127745       +E-mail/Text: ecfbankruptcy@progleasing.com Aug 23 2019 02:22:26       NPRTO Michigan, LLC,
                 256 W Data Drive,    Draper, UT 84020-2315
28127744       +EDI: NAVIENTFKASMSERV.COM Aug 23 2019 07:24:00      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
28127748       +EDI: PRA.COM Aug 23 2019 07:24:00      PRA Receivable Management,    PO Box 41021,
                 Norfolk, VA 23541-1021
28127751        E-mail/Text: ecfbankruptcy@progleasing.com Aug 23 2019 02:22:26       Progressive Finance,
                 11629 South 700 East Suite 250,    Draper, UT 84020
28127747       +EDI: PRA.COM Aug 23 2019 07:24:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
28127750       +E-mail/Text: bankruptcy@gopfs.com Aug 23 2019 02:23:18       Prestige Financial Svc.,
                 Attn:Bankruptcy Department,    PO Box 26707,    Salt Lake City, UT 84126-0707
28127760       +EDI: TCISOLUTIONS.COM Aug 23 2019 07:26:00      Total Card, Inc.,    5109 S. Broadband Lane,
                 Sioux Falls, SD 57108-2208
                                                                                                TOTAL: 38

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28127739       ##+Markoff Law, LLC,    29 North Wacker Drive,    Suite 550,    Chicago, IL 60606-2851
                                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.    The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                  Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: ccorona1              Page 3 of 3              Date Rcvd: Aug 22, 2019
                              Form ID: 309I               Total Noticed: 72
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
              David M Siegel     on behalf of Debtor 1 Theresa M. Rayford davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom  Vaughn    ecf@tvch13.net,   ecfchi@gmail.com
                                                                                             TOTAL: 3
```