# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | |
|---|---|
| In Re: | Case No. 19-23590 |
| Theresa M. Rayford<br>*aka* Theresa Michele Rayford | Chapter 13 |
| Debtor | Hon. Judge Jacqueline P. Cox |

## AGREED ORDER ON MOTION TO MODIFY AUTOMATIC STAY FILED BY GLOBAL LENDING SERVICES LLC AS TO PROPERTY KNOWN AS A 2015 JEEP PATRIOT - VIN 1C4NJPBA9FD377168

This matter having come before the Court upon the Motion to Modify Automatic Stay filed herein by the secured creditor, Global Lending Services LLC, ("Movant") and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The Chapter 13 plan filed herein on behalf of the Debtor provided that said Debtor was to make regular monthly payments to Movant outside of the Plan in a regular monthly fashion regarding property known as a 2015 JEEP PATRIOT - VIN 1C4NJPBA9FD377168 ("Property").

2. In breach of the terms of said Plan, the debtor failed to make certain of the regular monthly payments to Movant; said payments are currently in default for the months of March 2020 in the amount of $255.24, April 2020 through June 2020 in the amount of $485.08 each as well as fees and costs of $381.00, for a total of $2,091.48.

3. In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay Movant and Movant hereby agrees to accept in the form of certified funds the following lump sum payments:

    a. $348.58 on or before August 15, 2020
    b. $348.58 on or before September 15, 2020
    c. $348.58 on or before October 15, 2020
    d. $348.58 on or before November 15, 2020
    e. $348.58 on or before December 15, 2020
    f. $348.58 on or before January 15, 2021

4. These lump sum payments are in addition to the regular monthly payment in the amount of $485.08. The next monthly payment will be due July 1, 2020.

5. All payments, stipulated and ongoing monthly payments, are to include the Debtor's account number and should be sent to:

   Global Lending Services LLC
   P.O. Box 935538
   Atlanta, GA 31193-5538

6. In the event that said Debtor should fail to make any of the lump sum payments herein described on or before their specified due dates, or should the Debtor fail to pay any future monthly payment so that said payment is not received by Movant by the day upon which it is contractually due, then, or in either of those events, Movant shall give fourteen (14) days' notice to Debtor's counsel and to the Debtor; and thereafter Movant shall file a Notice of Stay Modification with the Court and upon submission of said notice, without further hearing, the stay shall be automatically terminated providing Movant with relief from stay.

DATED: JUL 2 3 2020    ENTER  *Jacqueline P. Cox*
                              J. Cox

Hon. Judge Jacqueline P. Cox
United States Bankruptcy Judge

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

/s/ David M Siegel
David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
Phone: 847.520.8100
davidsiegelbk@gmail.com
**(Per Authorization received on 7/15/2020)**